# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LONGITUDE LICENSING LIMITED, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00165-JRG |
| § | |
| SHARP CORPORATION § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is Plaintiff Longitude Licensing Limited's Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff pursuant to Rule 41(a)(1)(A)(i). (Dkt. No. 16.) In the Notice, Plaintiff voluntarily dismisses all claims against Defendant Sharp Corporation without prejudice. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 7th day of July, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE